THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD HAIGHT, Appellant. (Indictment No. 11473.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD HAIGHT, Appellant. (Indictment No. 11474.)

Argued April 15, 1943; decided May 27, 1943.

*Charles Blank* and *Charles J. Wallace* for appellant.

*Elbert T. Gallagher, District Attorney* (*John J. Dillon* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.